UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 3:20-cv-08215-FLW-TJB

HELLO HOSPITALITY IV, LLC D/B/A
ST ARNOLDS, HELLO HOSPITALITY III, LLC
D/B/A ST ARNOLDS MUSSEL BAR, and
HELLO HOSPITALITY VI, LLC d/b/a
ST. ARNOLDS MUSSEL BAR BETHESDA,

     Plaintiff,

v.

ERIE INSURANCE PROPERTY AND
CASUALTY COMPANY D/B/A
ERIE INSURANCE EXCHANGE,

     Defendant.

_____/

## ORDER GRANTING JOINT STIPULATION TO TRANSFER ACTION

This matter comes before the Court on the party's joint stipulation to transfer action.

For good cause shown, and the Court having been duly advised of the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. Joint Stipulation is **APPROVED**.

2. This action is hereby transferred to the Western District of Pennsylvania.

**IT IS SO ORDERED** this 18 day of September, 2020.

                                        /s/ Freda L. Wolfson
                                        HON. FREDA L. WOLFSON
                                        U.S. CHIEF DISTRICT JUDGE

Copies Furnished to Counsel of Record